

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00219-CV

Emily **YOUNG** and Albert Morrison,
Appellants

v.

Eldon **ROALSON**, Roalson Interests, Inc.; Douglas Miller II; and Jim Guy Egbert,
Appellees

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 17-09-24412-CV
Honorable Daniel J. Kindred, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order appellants to pay the costs of this appeal.

SIGNED August 25, 2021.

_____
Beth Watkins, Justice